■ BARRY Moss et al., Respondents, v THOMAS H. McKELVEY et al., Appellants. (Appeal No. 2.) [821 NYS2d 525]—Appeal from an order of the Supreme Court, Erie County (Donna M. Siwek, J.), entered February 17, 2006. The order granted plaintiffs' motion for leave to renew and, upon renewal, granted plaintiffs' motion insofar as it sought partial summary judgment.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously reversed on the law without costs and the motion for leave to renew is denied.

Same memorandum as in *Moss v McKelvey* (32 AD3d 1281 [2006]). Present—Hurlbutt, J.P., Gorski, Martoche and Pine, JJ.

■ ARIA CONTRACTING CORPORATION (by Assignment from ATLANTIC NATIONAL TRUST, LLC, (by Assignment from FLEET NATIONAL BANK, Formerly Known as FLEET BANK OF NEW YORK, Formerly Known as NORSTAR BANK), Appellant, v THE FLURY PARTNERSHIP et al., Respondents. [821 NYS2d 525]—Appeal from an order of the Erie County Court (Timothy J. Drury, J.), entered October 18, 2002 in a mortgage foreclosure action. The order granted defendants' motion to dismiss as untimely the motion of plaintiff to confirm the Referee's report of sale and for leave to enter a deficiency judgment in its favor.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at County Court. Present—Hurlbutt, J.P., Gorski, Martoche and Pine, JJ.